COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NYKLAURITZENCOOL A.B.,

        Plaintiff,

-against-

KELSO ENTERPRISES LTD and PACIFIC FRUIT INC.

        Defendants.

07 CV

RULE 7.1 STATEMENT

---

    PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, NYKLAURITZENCOOL AB, certifies that J. LAURITZEN A/S and NYK REEFER are corporate parents, with 50% ownership interest in NYKLAURITZENCOOL AB, respectively.

Dated: New York, NY

    May 2, 2007

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP.
                              Attorneys for Plaintiff
                              **NYKLAURITZENCOOL A.B.**

By: _/s/ Edward A. Keane_
      Edward A. Keane, Esq. (EK 1398)
      111 Broadway, 10th Floor
      New York, NY 10006
      Tel. (212) 385-1422
      Fax (212) 385-1605
      Our File No. 12/3316

## SERVICE LIST

KELSO ENTERPRISES LTD.
c/o Private Trust,
Charlotte House, Charlotte Street
Nassau, Bahamas.

PACIFIC FRUIT INC.
300 Western Ave.
Staten Island, NY 10303.

PACIFIC FRUIT INC.
c/o LOUIS SHRON
485 Madison Ave.,
New York, NY 10022

PACIFIC FRUIT INC.
c/o ECUADORIAN LINE INC.
65 East 55th Street
New York, NY 10022.