| | **MAHONEY & KEANE, LLP** | |
|---|---|---|
| Edward A. Keane* | *Attorneys at Law* | Connecticut Office |
| Cornelius A. Mahoney* | 111 Broadway - 10th Floor | |
| Garth S. Wolfson* | New York, New York 10006 | 14 Pilgrim Lane |
| | Telephone (212) 385-1422 | Weston, CT 06883 |
| Jorge A. Rodriguez*+ | Facsimile (212) 385-1605 | Tel: (203) 222-1019 |
| | lawoffices@mahoneykeane.com | Fax: (203) 222-0252 |
| Of Counsel | | |
| Stephen J. Murray | | |
| *Also admitted in NJ | | |
| +Also admitted in CT | | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  AUG 2 1 2007
```

August 16, 2007

THIS TRANSMISSION CONSISTS OF TWO (2) PAGE(S)
VIA FACSIMILE (212) 805-0426

The Honorable Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007
Attn: Sean

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do fax such certification to Chambers.

Re: NYKLAURITZENCOOL AB v. KELSO
    ENTERPRISES and PACIFIC FRUIT INC.
    Docket No. 07 CV 3520 (LTS)(HBP)
    Our File No. 12/3316

Honorable Madam:

    We represent Plaintiff, NYKLAURITZENCOOL, in the above-referenced matter. Our client commenced this action, claiming damages stemming from Defendants' breach of a charter party. As Defendant KELSO ENTERPRISES is not found in this district, we sought from the Court an Ex Parte Order, pursuant to Rule B of the admiralty rules, permitting the restraint of that Defendant's funds in this district. Also, as per the terms of the applicable charter agreement, we have commenced arbitration.

    Unfortunately, the attorney handling this matter will not be in the country on August 22, 2007, the date this Court scheduled the initial conference. As such, we respectfully request that this Honorable Court adjourn the initial conference until September 12, 2007. We have contacted Defendant's attorney, and he has consented to such adjournment. No other such request has been made by Plaintiff.

We apologize for our oversight and thank this Court for its attention.

Respectfully submitted,
MAHONEY & KEANE LLP,

By: _____
Jorge A. Rodriguez, Esq.

CC: VIA FAX (212) 267-5767

JOHN R. KEOUGH, III
WAESCHE SHEINBAUM & O'REAGAN, PC
111 Broadway Fl 4
New York, NY 10006-1991

The conference is adjourned to September 12, 2007, at 11:00 AM.

SO ORDERED.

_____ 8/20/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE