UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

---

NYKLAURITZENCOOL A.B.,

    PLAINTIFF
- vs. -

KELSO ENTERPRISES LTD ET ANO,

    DEFENDANT

---

Index No: 07 CV 3520
Date Filed:   /   /
Office No: 12/3316
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ANDREW LINDAUER** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/14/2007** at **8:50AM** at **300 WESTERN AVENUE - 2ND FL , STATEN ISLAND, NY 10303**, I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT** upon **PACIFIC FRUIT INC** the **DEFENDANT** therein named by delivering to, and leaving personally with **MARSHA TURNER, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
|---|---|---|
| APP. AGE: **30** | APP. HT: **5'6** | APP. WT: **110** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on 05/14/2007.

HARVEY ZAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ANDREW LINDAUER - 724538
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP