USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 6 2007

RECEIVED OCT 25 2007
LAURA TAYLOR SWAIN
U.S.D.J.

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*+

Of Counsel
Stephen J. Murray

*Also admitted in NJ
+Also admitted in CT

**MAHONEY & KEANE, LLP**
*Attorneys at Law*
*111 Broadway - 10th Floor*
*New York, New York 10006*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Connecticut Office
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203)222-0252

October 25, 2007

BY HAND

The Honorable Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: NYKLAURITZENCOOL AB v. KELSO ENTERPRISES and PACIFIC FRUIT INC.
Docket No. 07 CV 3520 (LTS)(HBP)
Our File No. 12/3316

Honorable Madam:

    We represent Plaintiff, NYKLAURITZENCOOL, in the above-referenced matter and write, with concurrence of defense counsel, to request a 60 day adjournment of the conference scheduled for October 29, 2007.

    As reported in our letter of September 7, 2007, (copy attached) the parties are attempting to resolve the disputes involved in the litigation amicably. At a minimum, we believe we shall limit the issues, including having one party dismissed from the litigation. In order to allow those discussions to continue we respectfully request the subject adjournment.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: _____
Edward A. Keane

EAK/mtc
Enclosure

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [not] fax such certification to Chambers.

The conference is adjourned to January 8, 2008, at 4:30pm.

SO ORDERED.

_____ 10/25/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE