UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYKLAURITZENCOOL A.B.,

Plaintiff,

-against-

KELSO ENTERPRISES LTD and PACIFIC
FRUIT INC.,

Defendants.

O7 CV 3520 (LTS)(HBP)

NOTICE OF PARTIAL DISMISSAL,

WITHOUT PREJUDICE,

PURSUANT TO  FRCP 41(a)(1)(i)

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby dismisses all claims against Defendant PACIFIC FRUIT INC. only.  Such dismissal is without prejudice.

**PLEASE TAKE FURTHE NOTICE** that all claims against Defendant KELSO ENTERPRISES LTD. shall remain in full force and effect.

Dated:  New York, New York
        November 14, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
NYKLAURITZENCOOL A.B.

By: _____
    Edward A. Keane (EK1398)
    111 Broadway, Tenth Floor
    New York, New York 10006
    (212)385-1422