USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYKLAURITZENCOOL A.B.,

    Plaintiff,

-against-

KELSO ENTERPRISES LTD and PACIFIC FRUIT INC.,

    Defendants.

07 CV 3520 (LTS)(HBP)

NOTICE OF PARTIAL DISMISSAL,

WITHOUT PREJUDICE,

PURSUANT TO FRCP 41(a)(1)(i)

    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby dismisses all claims against Defendant PACIFIC FRUIT INC. **only**. Such dismissal is without prejudice.

    **PLEASE TAKE FURTHE NOTICE** that all claims against Defendant KELSO ENTERPRISES LTD. shall remain in full force and effect.

Dated:   New York, New York
         November 14, 2007

**SO ORDERED.**

_/s/ Laura Taylor Swain_ 11/16/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
NYKLAURITZENCOOL A.B.

By: _/s/_
Edward A. Keane (EK1398)
111 Broadway, Tenth Floor
New York, New York 10006
(212) 385-1422